1  WOMBLE BOND DICKINSON (US) LLP
2  DAVID A. BERKLEY (SBN 260105)
   David.Berkley@wbd-us.com
3  400 Spectrum Center Drive, Suite 1700
4  Irvine, California 92618
   Telephone:  (714) 557-3800
5  Facsimile:   (714) 557-3347

6
   Attorneys for Creditor
7  The Huntington National Bank

8

9  **UNITED STATES BANKRUPTCY COURT**

10 **CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

11

12

| 13 | In re | CASE NO. 8:24-BK-12045-SC |
|---|---|---|
| 14 | R2 MARKETING & CONSULTING, LLC | Chapter 11 |
| 15 | | **STATUS REPORT** |
| 16 | Debtor. | |

17

18

19

20

21

22

23

24

25

26

27

28

1
STATUS REPORT

HUNTINGTON NATIONAL BANK ("Secured Creditor") bring this status report in advance of the November 13, 2024 hearing on Secured Creditor's motion for relief from stay.

Counsel for R2 Marketing & Consulting ("Debtor") and Secured Creditor have been in communication regarding adequate protection payments for Secured Creditor's collateral. Secured Creditor and Debtor are finalizing and executing the stipulation, and intend to submit it to the court for signature prior to the hearing date.

DATED: November 7, 2024        WOMBLE BOND DICKINSON (US) LLP

By: _____
David A. Berkley
Attorney for Creditor
The Huntington National Bank

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**400 Spectrum Center Drive, Suite 1700, Irvine, CA 92618**

A true and correct copy of the foregoing document entitled: **STATUS REPORT** will be served or was served in the manner stated below:

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 7, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Amitkumar Sharma - amit.sharma@aisinfo.com
Brian S Healy - brian@tw2law.com
Garry A Masterson - BnkEcf-CA@weltman.com
Anerio V Altman - LakeForestBankruptcy@jubileebk.net
Mark M Sharf (TR) - mark@sharflaw.com
Elan S Levey - elan.levey@usdoj.gov
Nancy S Goldenberg - nancy.goldenberg@usdoj.gov

☐ Service information continued on attached page

**2.** <u>**SERVED BY UNITED STATES MAIL**</u>:
On **November 7, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

R2 Marketing & Consulting, LLC.
19800 MacArthur Boulevard #300
Irvine, CA 92612

☐ Service information continued on attached page

**3.** <u>**SERVED BY OVERNIGHT MAIL**</u>: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 7, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 7, 2024 | Sul Lee | /s/Sul Lee |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

PROOF OF SERVICE