Anerio V. Altman, Esq. #228445
Lake Forest Bankruptcy
PO Box 515381
Los Angeles, CA 90051
Phone and Fax: (949) 218-2002
avaesq@lakeforestbkoffice.com
**Counsel for
Debtor-In-Possession
R2 MARKETING AND CONSULTING, LLC.**

**FILED & ENTERED**

**DEC 23 2024**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY** jle         **DEPUTY CLERK**

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA –SANTA ANA DIVISION

| | |
|---|---|
| In re: R2 MARKETING AND CONSULTING, LLC. | ) Case No.: 8:24-bk-12045-SC<br>)<br>) **Chapter:** 11<br>)<br>) ORDER GRANTING REQUEST FOR<br>) EXTENSION OF TIME TO FILE<br>) DISCLOSURE STATEMENT AND PLAN<br>) AND EXTEND OTHER DEADLINES AS<br>) APPROPRIATE<br>)<br>)<br>)<br>)<br>) |

On December 13, 2024, DEBTOR-IN-POSSESSION R2 MARKETING AND CONSULTING, LLC. ("Debtor") brought a Request to Extend the Time to File a Disclosure Statement and Plan in this matter [Dk. 170]. The current deadline is December 13, 2024. Debtor requested until December 27, 2024 to file a Disclosure Statement and Plan and to extend other deadlines as appropriate.

---

- 1

ORDER

Based upon the moving papers, and good cause shown, IT IS ORDERED:

1. That a plan and disclosure statement must be filed no later than December 27, 2024;

2. That the status conference currently set for January 8, 2025 be moved to February 12, 2025, at 1:30 p.m.; and

3. A status report be filed with the court by January 29, 2025.

###

Date: December 23, 2024

Scott C. Clarkson
United States Bankruptcy Judge