| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Anerio V. Altman, Esq. #228445<br>Lake Forest Bankruptcy II, APC<br>26632 Towne Centre Drive #300<br>Foothill Ranch, CA 92610<br>Phone and Fax: (949) 218-2002<br>avaesq@lakeforestbkoffice.com<br><br>☐ *Respondent appearing without attorney*<br>☒ *Attorney for Respondent:* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>R2 MARKETING AND CONSULTING, LLC.<br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:24-bk-12045-SC<br>CHAPTER: 11<br><br>**RESPONSE TO MOTION REGARDING THE AUTOMATIC STAY AND DECLARATION(S) IN SUPPORT**<br><br>DATE: 02/05/2025<br>TIME: 1:30 pm<br>COURTROOM: 5C<br>PLACE: 411 West Fourth Street, Santa Ana, CA 92701 |
|---|---|

**Movant:** Docket #[194]: Santander Consumer USA  PERSONAL PROPERTY RE: 2023 Chrysler Voyager, VIN# 2C4RC1CG4PR617222

**Respondent:**   ☒ Debtor   ☐ trustee   ☐ other:

> NOTE REGARDING FILING AND SERVICE OF RESPONSE, EXHIBITS AND DECLARATIONS:
>
> A copy of the Response, exhibit(s) and declaration(s) must be served upon:
>
> (1) Movant's attorney (or Movant, if Movant does not have an attorney);
> (2) the trustee; and
> (3) the judge who presides over this bankruptcy case.
>
> Then the document must be filed with the court.

1. ☐ **NONOPPOSITION**
   The Respondent does not oppose the granting of the Motion.

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                             Page 1                                          F 4001-1.RFS.RESPONSE

2. ☐ **LIMITED OPPOSITION**
   a. ☐ Respondent opposes the Motion only to the extent that it seeks immediate relief from stay. Respondent requests that no lock out, foreclosure, or repossession take place before (*date*): _____ and the reason for this request is (*specify*):

   b. ☐ As set forth in the attached declaration of the Respondent or the Debtor, the motion is opposed only to the extent that it seeks a specific finding that the Debtor was involved in a scheme to hinder, delay or defraud creditors.

      The Debtor:
      (1) ☐ has no knowledge of the Property.
      (2) ☐ has no interest in the Property.
      (3) ☐ has no actual possession of the Property.
      (4) ☐ was not involved in the transfer of the Property.

   c. ☐ Respondent opposes the Motion and will request a continuance of the hearing since there is an application for a loan modification under consideration at this time. Evidence of a pending loan modification is attached as Exhibit _____.

3. ☒ **OPPOSITION:** The Respondent opposes granting of the Motion for the reasons set forth below.

   a. ☐ The Motion was not properly served (*specify*):

      (1) ☐ Not all of the required parties were served.
      (2) ☐ There was insufficient notice of the hearing.
      (3) ☐ An incorrect address for service of the Motion was used for (*specify*):

   b. ☒ Respondent disputes the allegations/evidence contained in the Motion and contends as follows:

      (1) ☐ The value of the Property is $ _____, based upon (*specify*):

      (2) ☐ Total amount of debt (loans) on the Property is $ _____.

      (3) ☐ More payments have been made to Movant than the Motion accounts for. True and correct copies of canceled checks proving the payments that have been made are attached as Exhibit _____.

      (4) ☐ There is a loan modification agreement in effect that lowered the amount of the monthly payments. A true and correct copy of the loan modification agreement is attached as Exhibit _____.

      (5) ☒ The Property is necessary for an effective reorganization. Respondent filed or intends to file a plan of reorganization that requires use of the Property. A true and correct copy of the plan is attached as Exhibit *[handwritten]*.

      (6) ☐ The Property is fully provided for in the chapter 13 plan and all postpetition plan payments are current. A true and correct copy of the chapter 13 plan is attached as Exhibit _____ and proof that the plan payments are current through the chapter 13 trustee is attached as Exhibit _____.

      (7) ☒ The Property is insured. Evidence of current insurance is attached as Exhibit *[handwritten]*.

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014    Page 2    F 4001-1.RFS.RESPONSE

(8) ☐ Movant's description of the status of the unlawful detainer proceeding is not accurate.

(9) ☒ Respondent denies that this bankruptcy case was filed in bad faith.

(10) ☐ The Debtor will be prejudiced if the Nonbankruptcy Action is allowed to continue the nonbankruptcy forum.

(11) ☒ Other (*specify*):
A plan is forthcoming and proof of insurance will be separately filed and delivered to the Movant.

c. ☒ Respondent asserts the following as shown in the declaration(s) filed with this Response:

(1) ☐ The bankruptcy case was converted from chapter ___ to chapter ___.

(2) ☐ All postpetition arrearages will be cured by the hearing date on this motion.

(3) ☐ The Property is fully provided for in the chapter 13 plan and all postpetition plan payments
☐ are current, or ☐ will be cured by the hearing date on this motion.

(4) ☐ The Debtor has equity in the Property in the amount of $ _____.

(5) ☐ Movant has an equity cushion of $ _____ or _____% which is sufficient to provide adequate protection.

(6) ☒ The Property is necessary for an effective reorganization because (*specify*):
The Debtor is a medical transport company and the vehicles are used for transportation purposes.

(7) ☐ The motion should be denied because (*specify*):

(8) ☐ An optional memorandum of points and authorities is attached in support of this Response.

4. **EVIDENCE TO AUTHENTICATE EXHIBITS AND TO SUPPORT FACTS INSERTED IN THE RESPONSE:**

Attached are the following documents in support of this Response:

☒ Declaration by the Debtor          ☐ Declaration by the Debtor's attorney
☐ Declaration by trustee             ☐ Declaration by trustee's attorney
☐ Declaration by appraiser           ☐ Other (*specify*):

Date: 01/22/2025

R2 MARKETING AND CONSULTING, LLC.
Printed name of law firm for Respondent (if applicable)

ANERIO V. ALTMAN, ESQ.
Printed name of individual Respondent or attorney for Respondent

Signature of individual Respondent or attorney for Respondent

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
26632 Towne Centre Drie #300, Foothill Ranch, CA 92610

A true and correct copy of the foregoing document entitled: **RESPONSE TO MOTION REGARDING THE AUTOMATIC STAY AND DECLARATION(S) IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 1/22/2025 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 1/22/2025 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 1/22/2025 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Delivery to the court per the court manual.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/22/2025 | ANERIO V. ALTMAN, ESQ. | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014    Page 4    F 4001-1.RFS.RESPONSE

CM/ECF Service

- **Anerio V Altman**    aaltman@ecf.courtdrive.com, lakeforestpacer@gmail.com;ecf@casedriver.com
- **David A Berkley**    david.berkley@wbd-us.com, mary.koo@wbd-us.com;Sul.Lee@wbd-us.com
- **Brian S Healy**    brian@tw2law.com
- **William J Healy**    wjhealy7@gmail.com
- **Meredith King**    mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- **Elan S Levey**    elan.levey@usdoj.gov, julie.morales@usdoj.gov
- **Garry A Masterson**    BnkEcf-CA@weltman.com, gmasterson@weltman.com
- **Kenneth Misken**    Kenneth.M.Misken@usdoj.gov
- **Randall P Mroczynski**    randym@cookseylaw.com
- **Kristin A Schuler-Hintz**    bknotice@mccarthyholthus.com, Khintz@ecf.inforuptcy.com;Khintz@mccarthyholthus.com;Khintz@ecf.courtdrive.com
- **Mark M Sharf (TR)**    mark@sharflaw.com, C188@ecfcbis.com;sharf1000@gmail.com;2180473420@filings.docketbird.com
- **Amitkumar Sharma**    amit.sharma@aisinfo.com
- **Shubham Tandlekar**    shubham.tandlekar@aisinfo.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Jennifer C Wong**    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

U.S. Mail Service

**Anerio V. Altman**
Lake Forest Bankruptcy
PO Box 515381
Los Angeles, CA 90051

**Menchaca and Company LLP**
835 Wilshire Blvd, Ste 300
Los Angeles, CA 90017

1  Anerio V. Altman, Esq. #228445
   Lake Forest Bankruptcy
2  PO Box 515381
   Los Angeles, CA 90051
   Phone and Fax: (949) 218-2002
3  avaesq@lakeforestbkoffice.com
   **COUNSEL FOR**
4  **DEBTOR-IN-POSSESSION**
   **R2 MARKETING AND CONSULTING, LLC.**

5

6

7

8

9           UNITED STATES BANKRUPTCY COURT

10      CENTRAL DISTRICT OF CALIFORNIA –SANTA ANA DIVISION

11

12  In re: R2 MARKETING AND            ) Case No.: 8:24-bk-12045-SC
    CONSULTING, LLC.                   )
                                       ) **Chapter:** 11
13  Debtor-In-Possession               )
                                       ) **DECLARATION OF RYAN MORRIS IN**
14                                     ) **SUPPORT OF RESPONSE TO THE**
                                       ) **MOTION FOR RELIEF FROM THE**
                                       ) **AUTOMATIC STAY**
15                                     )
                                       ) **JUDGE:**
16                                     ) Hon. Scott Clarkson
                                       )
17                                     ) **HEARING**
                                       ) Date: February 5th, 2025
                                       ) Time: 1:30 P.M.
18                                     ) Place: 5C
                                       )
19                                     )
                                       )
20                                     )
                                       )
21                                     )
                                       )
22                                     )

23

24
                              - 1
                          DECLARATION

I, RYAN MORRIS, declare as follows:

1. I am over the age of 18 years old and I am legally able and competent to testify to the following in a court of law if required to do so.

2. I am the managing member of the DEBTOR-IN-POSSESSION R2 MARKETING AND CONSULTING, LLC. ("Debtor").

3. I have reviewed the Motion for Relief From Stay filed by Santander in this matter.

4. The vehicles which secure the interests of the Movant are important vehicles we utilize. They are necessary to an effective reorganization. They are all large, high capacity transport vehicles.

5. We do not dispute the material claims of the Movant regarding their claims or missed payments.

6. While we do not necessarily agree with the values stated by the lender of the collateral, we do not dispute them at this time.

7. We deny that this filing was in bad faith or an attempt to improperly request Bankruptcy protection. We have income, but it has been sporadic. We needed the time to reorganize and propose a payment plan.

8. We are willing to start making the regular payment again starting in February.

9. We are willing to make this payment going forward each month.

10. We plan to pay the arrears through the plan.

11. The vehicles in question are covered by an insurance policy. We will provide a copy of this policy to the lender prior to the hearing.

DECLARATION

12. I make these declarations under penalty of perjury of the laws of the United States and know that they are true.

Dated: January 22, 2025

Signed: _____
RYAN MORRIS
MANAGING MEMBER
R2 MARKETING AND
CONSULTING, LLC.

- 3 -

DECLARATION