WOMBLE BOND DICKINSON (US) LLP
DAVID A. BERKLEY (SBN 260105)
David.Berkley@wbd-us.com
400 Spectrum Center Drive, Suite 1700
Irvine, California 92618
Telephone:  (714) 557-3800
Facsimile:   (714) 557-3347

Attorneys for Creditor
The Huntington National Bank

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re | CASE NO. 8:24-BK-12045-SC |
| R2 MARKETING & CONSULTING, LLC | Chapter 11 |
| Debtor. | **NOTICE OF DEFAULT UNDER ORDER GRANTING MOTION FOR ADEQUATE PROTECTION** |

NOTICE OF DEFAULT

1    HUNTINGTON NATIONAL BANK ("Secured Creditor"), by and through

2  counsel, advises the Court and the parties in interest of the Debtor's default under the

3  terms of the Stipulation entered by this Court on December 18, 2024 (the "Order").

4  ECF No. 178. The Debtor has failed to make adequate protection payments to Secured

5  Creditor for the months of December and January (the "Default"). Pursuant to the

6  Stipulation, the automatic stay imposed by 11 U.S.C. § 362(a) is to be modified and

7  terminated for cause under 11 U.S.C. § 362(d)(1) 14-days following the filing and

8  service of this Notice (the "Service Period") unless Debtor cures the Default. Upon

9  completion of the Service Period, the stay shall be deemed modified and terminated

10  without further notice or hearing to allow Secured Creditor to initiate and complete

11  foreclosure of the Collateral in accordance with the loan documents and applicable

12  state law.

13

14  DATED:  February 11, 2025          WOMBLE BOND DICKINSON (US) LLP

15

16

17                                    By:    /s/ David A. Berkley

18                                         David A. Berkley
                                           Attorney for Creditor
19                                         The Huntington National Bank

20

21

22

23

24

25

26

27

28

NOTICE OF DEFAULT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**400 Spectrum Center Drive, Suite 1700, Irvine, CA 92618**

A true and correct copy of the foregoing document entitled: **NOTICE OF DEFAULT UNDER ORDER GRANTING MOTION FOR ADEQUATE PROTECTION** will be served or was served in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 11, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Amitkumar Sharma - amit.sharma@aisinfo.com
Brian S Healy - brian@tw2law.com
Garry A Masterson - BnkEcf-CA@weltman.com
Anerio V Altman - LakeForestBankruptcy@jubileebk.net
Mark M Sharf (TR) - mark@sharflaw.com
Elan S Levey - elan.levey@usdoj.gov
Nancy S Goldenberg - nancy.goldenberg@usdoj.gov

☒    Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On **February 11, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

R2 Marketing & Consulting, LLC.
19800 MacArthur Boulevard #300
Irvine, CA 92612

☒  Service information continued on attached page

**3.  SERVED BY OVERNIGHT MAIL**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **February 11, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 11, 2025 | Sul Lee | /s/ Sul Lee |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |